

Announced Wednesday, March 24.

38653. The State, ex rel., Boehnlein, appellee v. Poland et al., Trustees of Police Relief and Pension Fund for the City of Cincinnati, appellants.

O'Neill, Judge.

1. The provisions of Section 741.49, Revised Code, make a clear distinction between "pensions" and "monthly disability benefits."

2. Section 741.46, Revised Code, does not grant a vested right to the beneficiary of "monthly disability benefits" received pursuant to paragraph (C) of Section 741.49, Revised Code.

3. Under the provisions of paragraph (C) of Section 741.49, Revised Code, the board of trustees of a police relief and pension fund has the authority to fix the amount of "monthly disability benefits" to be paid to a qualified beneficiary and the authority, within the limits of the statute and within the proper exercise of its discretion, to increase or decrease such "monthly disability benefits."

Judgment reversed.

Taft, C. J., Zimmerman, Matthias, Herbert, Schneider and Brown, JJ., concur.

Announced Wednesday, March 24.

38653. The State, ex rel. Andrew Boehnlein, appellee v. Russell Poland et al., Trustees of Police Relief and Pension Fund for the City of Cincinnati, appellants. Hamilton County. (Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38866. Theodore R. Zettelmeyer, appellant v. Court of Common Pleas of Lake County, appellee. Lake County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Smith, O'Neill, Herbert and Schneider, JJ., concur. Brown, J., not participating.

38917. Co-operative Legislative Committee of Transportation Brotherhoods and Brotherhood of Maintenance of Way Employees, State of Ohio, appellant v. Public Utilities Comm. of Ohio, appellee. Appeal from the Public Utilities Commission. Order affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39232. Darrell W. Farley et al., appellees v. Hamilton Mutual Ins. Co., appellant. Lawrence County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39311. Edmund J. Kricker et al., appellees v. City of Portsmouth, appellant. Scioto County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39359. Peoples Cartage, Inc., appellant v. Public Utilities Commission, appellee. Appeal from the Public Utilities Commission. Dismissed by agreement of parties.

67. Cleveland Bar Association v. Carl L. Weber. On Certified Report by the Board of Commissioners on Grievances and Discipline. Report confirmed and respondent suspended from the practice of law for an indefinite period. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38867. The State, ex rel. Mahoning County Law Library Assn. v. Bd. of Commrs. of Mahoning County. In Mandamus. To strike certain parts of answer. Allowed.

39232. Darrell W. Farley et al., appellees v. Hamilton Mutual Ins. Co., appellant. Lawrence County. To dismiss as of right. Sustained. To certify record. Overruled.

39270. The State of Ohio, appellee v. Joseph C. Murray, appellant. Montgomery